

IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re application of, | ) | |
| | ) | |
| ALAN JAMES THOMPSON, | ) | No. 05 C 1648 |
| | ) | |
| Petitioner, | ) | Judge Mark Filip |
| | ) | |
| v. | ) | Magistrate Judge Morton Denlow |
| | ) | |
| MICHELLE ANNE-MARIE BROWN, | ) | |
| | ) | |
| Respondent. | ) | |

AGREED ORDER

This matter coming before the Court on April 13, 2005, the Court enters the following

order by agreement of the parties:

1)    Aaron Brown-Thompson, a.k.a Aaron Brown, is hereby released from the
protective custody of the United States Marshal's Service. He shall reside, subject
to the conditions described below, with his mother, Michelle Anne-Marie Brown
(Respondent) at his residence at 345 North LaSalle Street, Apartment 2106,
Chicago, Illinois 60610, pending adjudication of the matters presented by the
pending Petition. Respondent agrees to bring Aaron to Court as required for
adjudication of the Petition.

2)    Respondent shall deliver to the Court any and all passports for Respondent, for
her son, Aaron Brown-Thompson, and for Leonardo Sanders. Passports shall be
delivered for these persons for all countries and for all names used by them and
shall be delivered prior to the release of Aaron Brown-Thompson by the United
States Marshal's Service. The Clerk's office shall retain said passports under seal
until further ordered by the Court.

3)    Respondent shall provide to the Cook County Public Guardian's Office her son
Aaron's weekly schedule (Thursday through Wednesday) by 5 p.m. on
Wednesday of each week. The schedule should be faxed to (312) 603-9817 to the
attention of Lisa Nelson of the Public Guardian's Office.

4)    Any change to Aaron's weekly schedule shall be approved by the Cook County
Public Guardian's Office 24 hours in advance of said change. In the case of an
emergency involving the health, safety, or welfare of Aaron, the Respondent shall

contact either Lisa Nelson or Robert Harris of the Cook County Public Guardian's Office as soon as reasonably possible.

5)  Respondent shall make necessary arrangements and shall provide all necessary permissions for the Cook County Public Guardian's Office to confirm directly with Aaron's school his daily attendance.

6)  Respondent shall not remove Aaron from school during the regular school day without permission of either Lisa Nelson or Robert Harris of the Public Guardian's Office. Respondent agrees that the school may notify Lisa Nelson or Robert Harris in the event that Respondent attempts to remove Aaron from school during the regular school day. If Aaron needs to leave school for any unexpected emergency, or if he otherwise does not attend because of illness, Respondent should notify the Cook County Public Guardian's Office as soon as reasonably possible and with all reasonable haste.

7)  Respondent shall cooperate with random and scheduled visits by personnel of the Cook County Public Guardian's Office.

8)  Respondent shall cooperate with random and scheduled telephone contact by personnel of the Cook County Public Guardian's Office with Aaron on the land line telephone in her residence.

9)  Petitioner shall not make or attempt to make contact with Aaron without prior approval of this Court. Petitioner shall refrain from any visits to Respondent's residence or business, and shall refrain from any visits to Aaron's school without the Court's approval.

10) Petitioner shall provide his address and phone number for any temporary or permanent residence in the United States and United Kingdom to Lisa Nelson or Robert Harris of the Public Guardian's Office.

11) Parties are to complete the exchange and review of documents by April 19, 2005.

12) The parties shall appear before the Court for status on April 22, 2005, at 11:45 a.m. At that time, the Court will establish a schedule for any depositions and briefing.

13) Neither Petitioner nor Respondent, either personally or through any agent or designee, shall take or attempt to take Aaron from the jurisdiction of this Court—that is, the Northern District of Illinois. Any attempt to remove Aaron from the jurisdiction of this Court will subject involved parties to referral for potential prosecution as a criminal contempt of court, an act of kidnaping, and any

2

other violation(s) as prohibited under federal law.

14)   The parties agree to take all reasonable steps to facilitate the monitoring of the whereabouts of Aaron by the Cook County Public Guardian's Office and/or other court-appointed persons.

15)   All obligations, duties, representations, and commitments related to this Order apply irrespective of Aaron's legal name at the time of signing or at any other time.

_____
Alan James Thompson
Petitioner

_____
Michelle Anne-Marie Brown
Respondent

So ordered.

_____
Mark Filip
United States District Judge
Northern District of Illinois

Date: 4-13-05

3